**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

ATLANTIC CASUALTY INSURANCE COMPANY, a North Carolina corporation,

Plaintiff,

vs.

STEEL BUILDING SYSTEMS LLC, an Idaho limited liability company; ALEJANDRO LOPEZ DUARTE; MONICO LOPEZ DUARTE; NANCY XOL RAX, individually and on behalf of her minor daughter DS, ZULEYMA R. LOPEZ on behalf of her minor son JS, GLORIA TZI, and PEDRO SONTAY, JUAN SONTAY, and MARTHA SONTAY, as individual heirs of MARIO SONTAY; INGRID SUSANA BOTZOC TZI, DOROTEA OCH, EMILIANO COC CHUB, and EMILIANO COC OCH, as individual heirs of MARIANO COC; DIEGO RUDOLFO TUM QUINILLO; EDGAR ANIBAL TZI SEB, a/k/a BRYAN LOPEZ GARCIA; HENRY RONALDO CHEN CHOC; TOMY ESTUARDO HUB DE VALLE, a/k/a MARIO GASPAR LOPEZ; WERNER CAO MAAS WALDEMAR; PEDRO LOPEZ, JR.; and ALYSSA JOYNER,

Defendants.

and

NANCY XOL RAX, individually and as an heir of MARIO SONTAY TZI; and INGRID SUSANA BOTZOC TZI, individually and as an heir of MARIANO COC OCH,

Intervenor-Defendants.

Case No. 1:25-cv-00620-BLW

**ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT (Dkt. 51), GRANTING LEAVE TO AMEND JURISDICTIONAL ALLEGATIONS, AND SETTING RESPONSE DEADLINE**

Before the Court is the Stipulation (Dkt. 52) between Plaintiff Atlantic Casualty Insurance Company ("Atlantic Casualty") and the Defendants and Intervenor-Defendants identified in it (the

"Stipulating Defendants"). Good cause appearing under Federal Rules of Civil Procedure 55(c) and 15(a)(2), IT IS HEREBY ORDERED:

1. The Stipulation (Dkt. 52) is APPROVED.

2. The Clerk's Entry of Default (Dkt. 51) against Defendants Diego Rudolfo Tum Quinillo; Edgar Anibal Tzi Seb, a/k/a Bryan Lopez Garcia; Henry Ronaldo Chen Choc; Tomy Estuardo Hub de Valle, a/k/a Mario Gaspar Lopez; and Werner Cao Maas Waldemar is SET ASIDE.

3. Atlantic Casualty is granted leave to file, within fourteen (14) days after entry of this Order, a Second Amended Complaint for Declaratory Judgment that amends its jurisdictional allegations and does not otherwise change the parties, claims, or allegations of the Amended Complaint (Dkt. 31).

4. The Stipulating Defendants shall answer or otherwise respond to the Second Amended Complaint within fourteen (14) days after it is served. If Atlantic Casualty does not file a Second Amended Complaint within the time in paragraph 3, Defendants Diego Rudolfo Tum Quinillo, Edgar Anibal Tzi Seb, Henry Ronaldo Chen Choc, Tomy Estuardo Hub de Valle, and Werner Cao Maas Waldemar shall answer or otherwise respond to the Amended Complaint (Dkt. 31) within fourteen (14) days after that time expires.

5. Each party shall bear its own attorney fees and costs relating to the entry of default and the Stipulation.

DATED: October 19, 2026

B. Lynn Winmill
U.S. District Court Judge